IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
GEORGE FETTER,                      )
                                    )   2:12-cv-02235-GEB-EFB
          Plaintiff,                )
                                    )
     v.                             )   ORDER DENYING PLAINTIFF'S EX
                                    )   PARTE MOTION
PLACER COUNTY SHERIFF, EDWARD N.    )
BONNER, individually and in his     )
Official Capacity; COUNTY OF        )
PLACER; CALIFORNIA FORENSICS        )
MEDICAL GROUP (CFMG); PLACER        )
COUNTY SHERIFF DEPARTMENT;          )
and Does 1 through 20,              )
                                    )
          Defendants.               )
_____    )
```

On September 11, 2012, Plaintiff filed an *ex parte* motion "to declare the temporary case number practice of deleting case filings from the system for failure to timely pay to be unconstitutional . . . ." (ECF No. 5.)

Applications for relief on shortened time are governed by Local Rule 144(e), which prescribes that the application must be supported by an affidavit of counsel. Plaintiff's *ex parte* motion is not supported by an affidavit. Further, Plaintiff has not adequately shown circumstances "claimed to justify the issuance of an order [on

1

1  shortened] time." E.D. Cal. R. 144(e). Therefore, Plaintiff's *ex parte*
2  motion is denied.

3  Dated:  September 17, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge