IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GEORGE FETTER,<br><br>        Plaintiff,<br><br>    v.<br><br>PLACER COUNTY SHERIFF, EDWARD N. BONNER, individually and in his Official Capacity; COUNTY OF PLACER; CALIFORNIA FORENSICS MEDICAL GROUP (CFMG); PLACER COUNTY SHERIFF DEPARTMENT; and Does 1 through 20,<br><br>        Defendants. | 2:12-cv-02235-GEB-EFB<br><br>ORDER |

        The motion, renoticed for hearing on October 2, 2012, at 1:30 p.m. before the undersigned judge (ECF No. 13) is VACATED. This noticed hearing date is not a regularly scheduled law and motion hearing date. Plaintiff has thrice noticed the motion for hearing on a date which is not an available law and motion hearing date. See E.D. Cal. R. 230(b)("[A]ll motions shall be noticed on the motion calendar of the assigned Judge . . . not less than twenty-eight (28) days after service and filing of the motion."). Plaintiff can obtain available law and motion hearing dates by calling (916) 930-4114.

1    Since Plaintiff has repeatedly failed to notion the motion as
2 required by Local Rule 230(b), the motion will be deemed withdrawn if
3 Plaintiff fails to comply with the notice requirements in Local Rule
4 230(b).
5 Dated:  September 25, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge