IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE FETTER,  )
                          )    2:12-cv-02235-GEB-EFB
        Plaintiff,  )
                          )
     v.  )    <u>ORDER CONTINUING STATUS</u>
                          )    <u>(PRETRIAL SCHEDULING)</u>
PLACER COUNTY SHERIFF, EDWARD N.  )    <u>CONFERENCE; FED. R. CIV. P.</u>
BONNER, individually and in his  )    <u>4(M) NOTICE</u>
Official Capacity; COUNTY OF  )
PLACER; CALIFORNIA FORENSICS  )
MEDICAL GROUP (CFMG); and PLACER  )
COUNTY SHERIFF DEPARTMENT,  )
                          )
        Defendants.[*]  )
_____ )

        Plaintiff indicates in the Joint Status Report filed April 15, 2013 ("JSR"), that Defendant California Forensics Medical Group has not yet been served and that Plaintiff "expect[s] service by April 25, 2013." (JSR 21:5, ECF No. 21.)

        Plaintiff is granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on Defendant California Forensics Medical Group until and including April 25, 2013. Plaintiff is notified under Rule 4(m) that failure to serve this defendant with process on or before April 25, 2013, may result in that defendant's dismissal for failure of service and/or prosecution. To avoid dismissal, on or before April 26, 2013, Plaintiff shall file proof of service or a

---

[*]    The caption has been amended according to this order's dismissal of doe defendants.

1

filing providing sufficient explanation why service was not completed within the extended service period.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 29, 2013, is continued to June 24, 2013, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior.

Also, since Plaintiff has not justified Doe defendants remaining in this action, Does 1-20 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed August 28, 2012, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

IT IS SO ORDERED.

Dated:  April 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge