UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FETTER,<br><br>        Plaintiff,<br><br>    v.<br><br>PLACER COUNTY SHERIFF; EDWARD N. BONNER, individually and in his Official Capacity; COUNTY OF PLACER; CALIFORNIA FORENSICS MEDICAL GROUP (CFMG); PLACER COUNTY SHERIFF DEPARTMENT,<br><br>        Defendants. | No. 2:12-cv-02235-GEB-EFB<br><br>**ORDER** |

Defendants' Status Report filed September 16, 2013, reveals this case is not ready to be scheduled. Therefore, a Status (Pretrial Scheduling) Conference is scheduled for hearing at 9:00 a.m. on March 3, 2014. A **joint** status report shall be filed no later than fourteen (14) days prior to the Status Conference.[1]

Further, review of the docket reveals it is ambiguous whether Plaintiff has a pending request to declare

---

[1] Plaintiff failed to participate in filing a joint status report or timely file a separate status report in advance of the Status Conference scheduled on September 30, 2013. (See Defs.' Status Report 1:26-2:2, ECF No. 33 (stating Defendants' efforts to meet and confer with Plaintiff's counsel).) Failure to participate in filing a **joint** status report may result in sanctions against a party and/or counsel under Rule 16(f) of the Federal Rules of Civil Procedure.

1

unconstitutional the Eastern District's practice of assigning civil actions a temporary case number pending payment of the applicable filing fee. (See e.g., ECF Nos. 5-14.) To the extent such a request is considered pending, it denied since Plaintiff has not shown that he has standing to obtain the relief requested. See generally Hollingsworth v. Perry, 133 S. Ct. 2652, 2659 (2013) ("For there to be . . . a case or controversy [capable of resolution through the judicial process], it is not enough that the party invoking the power of the court have a keen interest in the issue. That party must also have 'standing,' which requires, among other things, that it have suffered a concrete and particularized injury.").

Dated: September 30, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge