UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FETTER,<br><br>    Plaintiff,<br><br>    v.<br><br>PLACER COUNTY SHERIFF, EDWARD N. BONNER, individually and in his Official Capacity, COUNTY OF PLACER, CALIFORNIA FORENSICS MEDICAL GROUP (CFMG), PLACER COUNTY SHERIFF DEPARTMENT, and DOES 1 through 20,<br><br>    Defendants. | No. 2:12-cv-2235-GEB-EFB<br><br><br>ORDER TO SHOW CAUSE |

On December 18, 2015, defendants Sheriff Edward Bonner, County of Placer, and Placer County Sheriff's Office filed a motion to compel plaintiff to provide responses to interrogatories. ECF No. 64. The defendants noticed their motion for hearing on January 13, 2016. ECF No. 66.

Plaintiff failed to provide any response to defendants' discovery request, and accordingly Local Rule 251(e) applies. *See* E.D. Cal. L.R. 251(e) (providing that the requirement that the parties file a Joint Statement re Discovery Disagreement does not apply "when there has been a complete and total failure to respond to a discovery request or order."). Under Local Rule 251(e), a responding party must file a response to the discovery motion at issue no later than seven days before the hearing date, or in this instance by January 6, 2016. The deadline has passed and defendant has failed to file any response to plaintiff's motion.

1

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Accordingly, good cause appearing, it is hereby ORDERED that:

1. The hearing on defendants' motion to compel (ECF No. 64) is continued to January 20, 2016 at 10:00 a.m. in Courtroom No. 8.

2. Plaintiff shall show cause, in writing, no later than January 13, 2016, why sanctions should not be imposed for failure to timely file an opposition or a statement of non-opposition to plaintiff's motion.

3. Plaintiff shall file an opposition to the motion, or a statement of non-opposition thereto, no later than January 13, 2016.

4. Failure of to file an opposition to the motion will be deemed a statement of non-opposition thereto, and may result in the granting of defendants' motion.

5. Defendants' may file a reply to plaintiff's opposition, if any, on or before January 22, 2016.

DATED: January 7, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE