UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FETTER, | No. 2:12-cv-2235-MCE-EFB |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| PLACER COUNTY SHERIFF, EDWARD N. BONNER, individually and in his Official Capacity, COUNTY OF PLACER, CALIFORNIA FORENSICS MEDICAL GROUP (CFMG), PLACER COUNTY SHERIFF DEPARTMENT, and DOES 1 through 20, | |
| Defendants. | |

On January 29, 2016, the court ordered plaintiff's counsel, Allen Hassan, to pay counsel for defendants Edward Bonner, the Placer County Sheriff's Office, and County of Placer the reasonable expenses they incurred in bringing a motion to compel discovery. ECF No. 74; *see* ECF No. 64. The order provided that the sanction was personal to Mr. Hassan and was not to be passed on to his client in the form of attorney fees or costs. Mr. Hassan was therefore directed to notify his client in writing of the sanction order and to provide plaintiff with a copy of the order. Mr. Hassan was also ordered to file within 21 days a declaration that his client had been so informed. *Id*. at 2.

/////

To date, Mr. Hassan has not filed a declaration attesting that his client has been apprised of the sanction order.[1] Accordingly, Mr. Hassan is order to show cause, in writing, within 14 days of this order, why further sanctions should not be imposed for his failure to comply with the court's January 29, 2016 order. *See* E.D. Cal. L.R. 110 (providing that counsel's failure to comply with any order "may be grounds for imposition by the court of any and all sanctions authorized by statute or Rule within the inherent power of the Court.").

So Ordered.

DATED: July 1, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] There is also no indication that Mr. Hassan has in fact reimbursed defendants for the expenses they incurred.