UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE FETTER,<br><br>         Plaintiff,<br><br>     v.<br><br>PLACER COUNTY SHERIFF, EDWARD N. BONNER, individually and in his Official Capacity, COUNTY OF PLACER, CALIFORNIA FORENSICS MEDICAL GROUP (CFMG), PLACER COUNTY SHERIFF DEPARTMENT, and DOES 1 through 20,<br><br>         Defendants. | No. 2:12-cv-2235-MCE-EFB<br><br><br><br>ORDER |

On January 29, 2016, the court order plaintiff's counsel, Allen Hassan, State Bar Number 104024, to pay defendants Edward Bonner, the Placer County Sherriff's Office, and County of Placer the reasonable expenses they incurred in bringing a motion to compel discovery. ECF No. 74; *see* ECF No. 64. The order provided that the sanction was personal to Mr. Hassan and was not to be passed on to his client in the form of attorney fees or costs. Mr. Hassan was therefore directed to notify his client in writing of the sanction order and to provide plaintiff with a copy of the order. Mr. Hassan was also ordered to file within 21 days a declaration that his client had been so informed. *Id*. at 2.

/////

1

1     Mr. Hassan failed to file a declaration attesting that his client has been apprised of the sanction order.  Accordingly, on July 1, 2016, Mr. Hassan was order to show cause within 14 days why further sanctions should not be imposed for his failure to comply with the court's January 29, 2016 order.  To date, Mr. Hassan has not responded to that order.

    As he has failed to show good cause for his complete disregard of two court orders, Mr. Hassan is sanctioned in the amount of $1,000.  This sum shall be paid to the Clerk of the Court no later than 21 days from the date of this order.  This sanction is personal to Mr. Hassan and is not to be passed on to his client in the form of attorney fees or costs.  Mr. Hassan shall file an affidavit accompanying the payment of this sanction which states that it is paid personally by him, out of personal funds, and is not and will not be billed, directly or indirectly, to his clients or in any way made the responsibility of his clients as attorneys' fees or costs and that his client has been so informed.  Further, the Clerk of the Court shall serve a copy of this order on the State Bar of California at the following address:

> State Bar of California
> Intake Unit
> 845 S. Figueroa St.
> Los Angeles, CA 90017-2515

    So Ordered.

DATED: November 30, 2016

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE